FILED
2009 JUN 10 AM 11:23

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE LUIS ESTRADA CARRILLO,<br>  aka "Jose Luis Carrillo Estrada,"<br>  aka "Jose Luis Estrada,"<br>  aka "James Luis Carrillo,"<br><br>    Defendant. | CR No. CR 09 00560<br><br>I N F O R M A T I O N<br><br>[8 U.S.C. §§ 1326(a),<br>(b)(2): Illegal Alien<br>Found in the United States<br>Following Deportation] |

The United States Attorney charges:

[8 U.S.C. §§ 1326(a), (b)(2)]

On or about January 2, 2009, defendant JOSE LUIS ESTRADA CARRILLO, also known as ("aka") "Jose Luis Carrillo Estrada," aka "Jose Luis Estrada," aka "James Luis Carrillo," an alien, who had been officially deported and removed from the United States on or about June 5, 2001; December 30, 2004; February 17, 2005; June 3, 2005; and October 23, 2005, was found in Los Angeles County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States

without having obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to reapply for admission to the United States following defendant's deportation and removal.

At least one of defendant's previously alleged deportations and removals from the United States occurred subsequent to defendant's conviction for one or more of the following aggravated felonies: (1) Assault With a Deadly Weapon/Instrument, in violation of California Penal Code Section 245(A)(1), on or about June 8, 1999, in the Superior Court of California, County of Los Angeles, Case Number BA184494, a crime of violence for which defendant was sentenced to 365 days in jail; and (2) Assault With a Deadly Weapon/Instrument, in violation of California Penal Code Section 245(A)(1), on or about February 20, 2009, in the Superior Court of California, County of Los Angeles, Case Number BA350965, a crime of violence for which defendant was sentenced to 275 days in jail.

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division



CURTIS A. KIN
Assistant United States Attorney
Chief, Domestic Security & Immigration
  Crimes Section

ROBERT A. RABBANI
Special Assistant United States Attorney
Domestic Security & Immigration
  Crimes Section