# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR09-560-AHM | Date | February 11, 2010 |
|---|---|---|---|

Present: The Honorable   A. HOWARD MATZ, U.S. DISTRICT JUDGE

Interpreter   Rossy Franklin (Spanish)

| Stephen Montes | Cindy Nirenberg | Robert Rabbani |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jose Luis Estrada Carrillo | | √ | √ | Sylvia Torres Guillen, DFPD | √ | √ | |

**Proceedings:**   **SENTENCING** (non-evidentiary)

    For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order.

         :    01

Initials of Deputy Clerk    SMO

cc: